IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION


JAMES A. CHEATHAM                                                    PLAINTIFF


VS.                                    CASE O. 08-CV-4107


COOPER TIRE & RUBBER COMPANY                                    DEFENDANT


## **ORDER**

Before the Court is a Motion for Substitution of Counsel filed on behalf of Plaintiff James

A. Cheatham in the above styled and numbered case. (Doc. No. 28). In this motion, Plaintiff seeks

to have Garnet E. Norwood substituted for Thomas H. Johnson as his attorney of record in this

matter. Upon consideration, the Court finds that the motion should be and hereby is **granted**.

Thomas H. Johnson is hereby relieved as Plaintiff's attorney of record and Garnet E. Norwood is

hereby substituted as attorney of record for the Plaintiff in this matter.

IT IS SO ORDERED, this 4th day of August, 2009.


_/s/Harry F. Barnes_
Hon. Harry F. Barnes
United States District Judge