IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

| | |
|---|---|
| JAMES A. CHEATHAM § | |
| § | |
| PLAINTIFF § | CAUSE NO. 4:08-cv-04107 |
| VS. § | |
| § | JURY TRIAL DEMAND |
| COOPER TIRE & RUBBER CO., § | |
| DEFENDANT § | |

### BRIEF IN SUPPORT OF DAMAGES

COMES NOW, Plaintiff, James A. Cheatham, and for his Brief in Support of Damages does state, allege and say:

### I.

### SUMMARY OF EVENTS

The Defendant, Cooper Tire and Rubber Company, did employ the Plaintiff as a maintenance electrician for more than ten (10) years. Then on January 23, 2007, Plaintiff was injured on the job. Plaintiff was terminated, following a doctor's report stating that he should not lift more than thirty (30) pounds, for allegedly violating Cooper Tire's lockout/tagout procedures.

It is Plaintiff's contention that, as an electrician, there is no way to test machinery and discover the malfunction if there is no electricity supplied to the machinery. By placing the machine on manual the machine should not have been able to function without being operated at the switch and this was a common practice amongst the electrical maintenance workers at Cooper Tire. Other similarly situated employees, not in the protected class, have been injured on the job and did not receive the same treatment.

### II.

### SUMMARY OF SUIT

Plaintiff's original Complaint was filed in the Eastern District of Texas court on June 16, 2008, within the ninety day window after filing a complaint with the EEOC and receiving the notice of the right to sue. The defendant did file an answer to the Complaint on July, 9, 2008. On November 3, 2008 a Joint Motion to Change Venue was filed by the Plaintiff. This motion was subsequently granted and the case is now before this Court.

### III.

## DAMAGES

As a direct and proximate result of Defendant's conduct, Plaintiff suffered the following injuries and damages:

1. Plaintiff was discharged from employment with Defendant, resulting in lost pay and benefits.
2. Although Plaintiff has diligently sought other employment, he has been unable to find a job at comparable pay.
3. Plaintiff suffered damage to his pension and retirement benefits.
4. Plaintiff seeks compensation for all lost wages and benefits, including loss of Social Security benefits.
5. Plaintiff seeks reinstatement to his previous position as a maintenance electrician with his seniority in tact.
6. Plaintiff is entitled to prejudgment interest on all lost wages and benefits, and post judgment interest on all sums, including attorney fees incurred in this action.
7. Defendant's conduct was an intentional and willful violation of Title VII. Plaintiff is therefore entitled to an award of liquidated damages within the meaning of Title VII. Plaintiff is entitled to punitive damages for Defendant's intentional discrimination under ACRA.
8. Plaintiff was forced to engage counsel to protect his rights and is therefore entitled to an award of attorney fees and costs.

WHEREFORE, Plaintiff prays that this court issue its order for punitive damages against Cooper Tire and Rubber Co. for willful and wanton disregard of Title VII and ACRA and for all other relief to which he may be entitled in this action.

/s/ Garnet E. Norwood
Garnet E. Norwood
State Bar No.: 67069
410 N. State Line Ave.
Texarkana, AR 71854
Tel.: 870-774-7211
Fax.: 870-774-1520

## CERTIFICATE OF SERVICE

I, Garnet E. Norwood, do hereby certify that the above and foregoing legal instrument has been served on the following attorney of record in this cause:

William G. Bullock
State Bar No. 79151
3304 Richmond Road
Texarkana, TX 75503

On this the 26th day of February, 2010


<u>/s/ Garnet E. Norwood</u>
Garnet E. Norwood